**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ARTHUR ALAN WOLK, PHILIP
BROWNDIES, AND CATHERINE
MARCHAND,

                Respondents

        v.

THE SCHOOL DISTRICT OF LOWER
MERION,

                Petitioner

: No. 152 MAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of October, 2020, the Petition for Allowance of Appeal is

**DENIED**.